Pro Se 1 (Rev 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

|  |  |
|---|---|
| *Howard Jr. Gray*<br>_____<br>Plaintiff(s)<br>*(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)*<br>-v-<br><br>*see attached*<br>_____<br>Defendant(s)<br>*(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. *1707CR004061-1707CR4601*

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

FILED
IN CLERKS OFFICE
2018 JAN 19 AM 11:28
U.S. DISTRICT COURT
DISTRICT OF MASS.

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | *Howard Jr. Gray* |
| Street Address | *C/o 531 Hyde Park Avenue apt#172.* |
| City and County | *Roslindale, Massachusetts* |
| State and Zip Code | *02131-9998* |
| Telephone Number | *(617)412-5971* |
| E-mail Address | *Manestreem222@yahoo.com* |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name *City of Boston ("the City")*

Job or Title *(if known)*

Street Address *One City Hall Plaza,*

City and County *Boston Massachusetts*

State and Zip Code *02201.*

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name *Chief Police William B. Evans*

Job or Title *(if known)* *Chief Office*

Street Address *One Shroeder Plaza*

City and County *Roxbury Crossing*

State and Zip Code *Massachusetts, 02120-2014*

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name *William Francis Galvin*

Job or Title *(if known)* *Secretary of the Commonwealth of Massachusetts*

Street Address *One Ashburton Place McCormack Building*

City and County *Boston*

State and Zip Code *Massachusetts, 02108*

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name *Keith Wood*

Job or Title *(if known)* *Boston Police Officer*

Street Address *1165 Blue Hill Avenue*

City and County *Dorchester Center*

State and Zip Code *Massachusetts, 02124-3914*

Telephone Number

E-mail Address *(if known)*

*See reverse →*

↓

(Defendants)

Micheal Makarey

Boston Police Officer

1165 Blue Hill Avenue

Dorchester, Center
Massachusetts, 02124-3914

Paul Gormley

Boston Police Officer

1165 Blue Hill Avenue

Dorcheste Center
Massachusetts, 02124-3914

MTB Towing, INC.
1589 Hyde Park Avenue

Hyde Park

Massachusetts, 02136

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. (see attached Complaint)

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

  a.    If the plaintiff is an individual

  The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

  b.    If the plaintiff is a corporation

  The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

  *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

  a.    If the defendant is an individual

  The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _____

Signature of Plaintiff    _____
Printed Name of Plaintiff  _____

### B.    For Attorneys

Date of signing:  _____

Signature of Attorney    _____
Printed Name of Attorney  _____
Bar Number          _____
Name of Law Firm      _____
Street Address        _____
State and Zip Code     _____
Telephone Number      _____
E-mail Address        _____