**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Howard J Gray

           Plaintiff

     V.

City of Boston et al

           Defendant

CIVIL ACTION

NO.  18-10104-ADB

**ORDER OF DISMISSAL**

Burroughs, D. J.

    In accordance with the Court's Electronic Notice dated  9/7/2018  , it is hereby

ORDERED that the above-entitled action be and hereby is dismissed.

                        By the Court,

 1/17/2019

      Date

                       /s/ Christina McDonagh

                       Deputy Clerk